**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Delaneo-Nathaniel Tillman:El,                    Case No. 25-CV-02811 (JMB/ECW)

      Plaintiff,

v.                                                               **ORDER**

U.S. Bank National Association; Kayak
Properties, Inc.; and John Doe 1–5,

      Defendants.

---

This matter is before the Court on the Report and Recommendation (R&R) of United States Magistrate Elizabeth Cowan Wright dated February 3, 2026. (Doc. No. 23.) The R&R recommends that the Court dismiss Plaintiff Delaneo-Nathaniel Tillman:El's Amended Complaint for failure to prosecute. (*See id.*) Specifically, and as set forth in the R&R, Tillman:El failed to prosecute his claims because he did not file proof of service of the Amended Complaint on any of the Defendants despite the Magistrate Judge's January 6, 2026 Order directing him to do so within twenty days. Neither party has objected to the R&R, and the time to do so has now passed. *See* D. Minn. L.R. 72.2(b)(1).

In the absence of timely objections, the Court reviews the R&R for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1.     The R&R (Doc. No. 23) is ADOPTED.

2.     The Court dismisses this action without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: February 25, 2026                    /s/ *Jeffrey M. Bryan*
                                            Judge Jeffrey M. Bryan
                                            United States District Court